**Annie Mable JOYNER, Plaintiff—Appellant,**

v.

**JONES & JONES; Ms. Marti; Nurse Carol; Dolly Jeatham, Client, Defendants—Appellees.**

No. 07–1742.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 22, 2007.

Annie Mable Joyner, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annie Mable Joyner appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Joyner v. Jones & Jones,* No. 3:07–cv–00412–JRS (E.D.Va. July 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*